1044

*In the Matter of the Marriage of* CARLYLE JACKSON GOOCH III, *Appellant*, and JAYMALEA GOOCH, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-3-03657-0, Frank Cuthbertson, J., entered February 6, 2004. *Reversed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J.

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN ARTHUR DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 03-1-00313-1, James B. Sawyer II, J., entered February 5, 2004. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Houghton and Armstrong, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS JAMES HALL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-01879-3, Bruce W. Cohoe and Kitty-Ann van Doorninck, JJ., entered March 25, 2004. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY SCOTT JOLIBOIS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 03-1-00815-8, Leonard W. Costello, J., entered March 19, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Van Deren, JJ.